584

52 A.3d 219

Jan SILVERMAN, Petitioner

v.

Honorable Judge Willis BERRY, Jr., Judge
of Philadelphia County, Respondent.

No. 101 EM 2012.

Supreme Court of Pennsylvania.

Aug. 30, 2012.

## ORDER

PER CURIAM.

AND NOW, this 30th day of August, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.

52 A.3d 219

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey ANDERSON, Petitioner.

No. 98 EM 2012.

Supreme Court of Pennsylvania.

Aug. 30, 2012.

## ORDER

PER CURIAM.

AND NOW, this 30th day of August, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.